the authority of *Bordeau* v. *McDowell,* 256 U. S. 465, 475. *Mr. Assistant Attorney General Donovan* for the United States. *Mr. Richard A. Ford,* for plaintiff in error, submitted.

No. 242. FORREST P. TAYLOE *v.* UNITED STATES. APPEAL FROM THE COURT OF CLAIMS. Argued January 26, 1925. Decided February 2, 1925. *Per Curiam.* Affirmed, upon the authority of *Brawley* v. *United States,* 96 U. S. 168, 173; *Willard Co.* v. *United States,* 262 U. S. 489, 494. *Mr. Harry Peyton* for appellant. *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, with whom *Solicitor General Beck* was on the brief, for the United States.

No. 271. ANTHONY COLORA *v.* STATE OF NEW JERSEY. Error to the Court of Errors and Appeals of the State of New Jersey. Submitted January 29, 1925. Decided February 2, 1925. *Per Curiam.* Affirmed, upon the authority of *Viglotti* v. *Pennsylvania,* 258 U. S. 403; *Molinari* v. *Maryland,* 263 U. S. 685. *Mr. Edmund A. Hayes* for plaintiff in error. *Mr. Joseph E. Stricker* for defendant in error.

No. 288. FIRST NATIONAL BANK OF MOBILE *v.* UNITED STATES. Appeal from the District Court of the United States for the Southern District of Alabama. Argued January 30, 1925. Decided February 2, 1925. *Per Curiam.* Affirmed, upon the authority of *Essgee* v. *United States,* 262 U. S. 151, 155; *Hale* v. *Henkel,* 201 U. S. 43, 69; *Wilson* v. *United States,* 221 U. S. 361, 382; *Wheeler* v. *United States,* 226 U. S. 478, 490. *Mr. Merrill E. Otis,* with whom Solicitor General Beck was on the brief, for the United States. *Mr. Gregory L. Smith,* for appellant, submitted.